Guadalupe GUAJARDO, Jr.,
Plaintiff–Appellant,

v.

Alfred M. STRINGFELLOW, Chairman, Texas Department of Criminal Justice, Institutional Division; Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division; Jim Morgan, Senior Warden; Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, Defendants–Appellees.

No. 03–50351
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 4, 2003.

Guadalupe Guajardo, Jr., pro se, Huntsville, TX, for Plaintiff–Appellant.

Charles Kenneth Eldred, Office of the Attorney General, Austin, TX, for Defendants–Appellees.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Guadalupe Guajardo, Jr., Texas prisoner number 170864, appeals from the dismissal of his 42 U.S.C. § 1983 suit for failure to exhaust administrative remedies. Guajardo argues that the prison grievance system is inadequate because it does not permit challenges such as his to state-wide poli-

cies. We find no error in the district court's dismissal for failure to exhaust administrative remedies. *See Porter v. Nussle,* 534 U.S. 516, 532, 122 S.Ct. 983, 152 L.Ed.2d 12 (2002); *Booth v. Churner,* 532 U.S. 731, 741 n. 6, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001); 42 U.S.C. § 1997e(a).

Guajardo also argues that the district court erroneously denied his motion for class action status under Fed. R. Civ. P. 23. By failing to brief how the district court erred or how he met the requirements of Rule 23, Guajardo has abandoned this issue on appeal. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993); *see also* Fed. R.App. P. 28(a)(9).

Guajardo also argues that the district court erroneously denied his request for appointment of counsel. We find no abuse of discretion. *See Ulmer v. Chancellor,* 691 F.2d 209, 212–13 (5th Cir.1982).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.